

**ORDERED in the Southern District of Florida on February 25, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          CASE NO. 21-11790-AJC

XIMELL LUCIA GUTIERREZ,                         CHAPTER 7

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

**THIS CAUSE** came before the Court upon Debtor's Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments [ECF 8]. Upon consideration of the Debtor's Application, it is

**ORDERED AND ADJUDGED** that the Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments is **GRANTED**. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

# # #

Copies provided by the Clerk of Court to:

Ximell Lucia Gutierrez, Debtor
Jonathan S. Leiderman, Esq.
Maria Yip, Chapter 7 Trustee
Office of the Assistant United States Trustee
Clerk of Court, Financial Deputy Clerk